# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDRE L. MCRAE, | : |
| Petitioner | : |
| | : CIVIL ACTION NO. 3:18-2298 |
| v. | : |
| | : (Judge Mannion) |
| DAVID J. EBBERT | : |
| Respondent | : |

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. The petition for writ of habeas corpus is **DENIED**.

2. The Clerk of Court is directed to **CLOSE** this case.

3. Petitioner's motion to expedite hearing and adjudication (Doc. 10) is **DISMISSED** as moot.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated: December 16, 2019**
18-2298-01-ORDER